CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 18 2020

JULIA C. DUDLEY, CLERK
BY: HMcDoneed
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LUIS ANDREW MEDEL, | ) | |
| Petitioner, | ) | Civil Action No. 7:20cv00419 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| WARDEN, USP LEE, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

By order entered July 27, 2020, the court conditionally filed Petitioner Luis Medel's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. In the conditional filing order, the court directed Medel to either pay the filing fee, sign and return a consent to fee form, or apply to proceed in forma pauperis. The court advised Medel that failure to comply with the court's order within fourteen days would result in the dismissal of the action without prejudice. Medel did not respond to the court's order. Inasmuch as the time to respond has passed and Medel has failed to comply with the court's order, I will dismiss this action without prejudice.

ENTERED this 18th day of August, 2020.

*[signature: Jackson L. Kiser]*
SENIOR UNITED STATES DISTRICT JUDGE